IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01279-ZLW-MJW

PAUL DESCHAINE,

Plaintiff,

v.

S. MC LAUGHLIN, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Leave to File an Amended Complaint (Docket No. 19) is denied without prejudice because plaintiff did not tender a proposed amended complaint which includes his new claims and/or defendant(s) and the claims raised in his original pleading.

Dated: August 1, 2008