IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01279-ZLW-MJW

PAUL DESCHAINE,

Plaintiff,

v.

S. MC LAUGHLIN, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Disclosures of Plaintiff Rule 26(a)(1) (Docket No. 22) is denied without prejudice as premature.

Dated: August 6, 2008