IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01279-PAB-MJW

PAUL DESCHAINE,

Plaintiff,

v.

S. MC LAUGHLIN, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion to Demand Trial by Jury (Docket No. 59) is granted.  The court notes that defendants did not file any opposition to the motion and that the Answer of two of the named defendants, Zavaras and Voth, contains a jury demand.

Dated:   July 6, 2009