IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01279-PAB-MJW

PAUL DESCHAINE,

Plaintiff,

v.

S. MC LAUGHLIN, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion for Consideration (Docket No. 85), which appears to be a motion for appointed counsel, is denied without prejudice for the same reasons stated in the court's Minute Order issued on October 20, 2008 (Docket No. 43).

Dated:   January 25, 2010